BEFORE THE FIRST DIVISION, SEPTEMBER 17, 1940

No. 44315.—Protests 545764–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44316.—Protests 580574–G, etc., of Italian Felt & Straw Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44317.—Protests 590220–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44318.—Protests 739436–G, etc., of Katz Berk Hat Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44319.—Protests 749981–G, etc., of Regina Felt Body Corp. et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44320.—Protest 840270–G of Tucker & Goodheart (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.